```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
```

In re                                     )
**CARLOS ROBERTO ALLEN**                  )
                                          )   [Case No. 16-00023
                                          )   (Chapter 7 )
                                          )   in the Bankruptcy Court]
                Debtor.                   )
                                          )
_____          )
                                          )
                                          )
**CARLOS ROBERTO ALLEN**                  )
                                          )   [Adversary Proceeding No.
                                          )   16-10027
Plaintiff(s)-Appellant(s),                )   in the Bankruptcy Court]
                                          )
        v.                                )
                                          )
                                          )   Civil Action No.
                                          )   18-01442(RBW)
**DOUGLASS SLOAN**                        )
                                          )
Defendant(s)-Appellee(s).

           NOTICE OF TRANSMISSION OF RECORD ON APPEAL
                  FROM U.S. BANKRUPTCY COURT

    Pursuant to Fed. R. Bankr. P. 8010(b)(3), the Clerk gives notice that the Clerk has received the record on appeal or notice that it is available electronically.

    Your attention is directed to Rule 8018(a) of the Bankruptcy Rules of Procedure which provides:

  1) The appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically.

  2) The appellee must serve and file a brief within 30 days after service of the appellant's brief.

  3) The appellant may serve and file a reply brief within 14 days after service of the appellee's brief, but a reply brief must be filed at least 7 days before scheduled argument unless the district court or BAP, for good cause, allows a later filing.

  4) If an appellant fails to file a brief on time or within an extended time authorized by the district court or BAP, an appellee may move to dismiss the —or the district court or BAP, after notice, may dismiss the appeal on its own motion. An appellee who fails to file a brief will not be heard at oral argument unless the district court or BAP grants permission.

      All filings in the case (except for filings by a party without counsel) must be made via the Court's CM/ECF electronic filing system. In addition, please include on all subsequent papers, as above, both the Bankruptcy Case Number (and any Adversary Proceeding Number) and the Civil Action Number.

                          ANGELA D. CAESAR, CLERK

                          By /s/ T. Davis_____
                                  Deputy Clerk

cc: Parties and Counsel of Record